In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00107-CV**
_____

**IN THE INTEREST OF C.T.H.**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-03-02771-CV**

**MEMORANDUM OPINION**

On April 4, 2022, Megan Ashlee Parks filed a notice of appeal from an agreed child support review order signed on February 1, 2022. On April 6, 2022, we sent Parks a certified bill of costs for the filing fee for the appeal. She neither paid the filing fee nor asserted that she was unable to afford payment of costs. *See* Tex. R. App. P. 5, 20.1. On May 9, 2022, through a notice issued by the Clerk of the Court we warned the parties that the appellant had not remitted the filing fee and that unless she paid the fee, the Court would dismiss the appeal without further notice on any date after May 24, 2022. None of the parties responded to the Clerk's notices.

1

In the absence of a satisfactory explanation justifying the appellant's failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 22, 2022
Opinion Delivered June 23, 2022

Before Golemon, C.J., Kreger and Horton, JJ.